UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No.: 1:19-CR-10438-GAO-2 |
| DECLAN HARRINGTON | ) ) ) | |

**STATUS REPORT**

NOW COMES the Defendant, Declan Harrington, by and through his counsel, thereby submits the following status report per the order of the Court.

1. The parties have conferred and agreed to recommend to the Court that the Court allow Defendant to have a Rule 11 hearing on July 14, 2021, or any other day thereafter, to offer a change of plea.

2. The parties jointly recommend the the sentencing hearing be continued to a later date to allow the court to sentence both co-defendants at the same time.

> Respectfully submitted
> DECLAN HARRINGTON
> By and through his counsel,
>
> /s/ Derege B. Demissie
> _____
> Derege B. Demissie
> DEMISSIE & CHURCH
> 929 Massachusetts Avenue, Suite 101
> Cambridge, MA 02139
> (617) 354-3944
> BBO# 637544

Dated: July 7, 2021